IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES T. JOHNSON, | § | |
| | § | |
| *Plaintiff* | § | CASE NO.: 1:22-CV-00422 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| vs. | § | |
| | § | JURY DEMANDED |
| SPINNAKER INSURANCE COMPANY, | § | |
| | § | |
| *Defendant* | § | |

**JOINT MOTION FOR AGREED ORDER
OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Charles T. Johnson, Plaintiff herein, and Spinnaker Insurance Company, Defendant herein, and file this Joint Motion for Agreed Order of Dismissal with Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal with Prejudice which will fully and finally dispose of all claims and issues by and between the parties, and accordingly ask the Court to sign the attached "Agreed Order of Dismissal With Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Charles T. Johnson and Defendant Spinnaker Insurance Company pray this Court grant their Joint Motion for Agreed Order of

Dismissal With Prejudice and sign the attached Agreed Order of Dismissal With Prejudice, and for such other and further relief as to which they may show themselves to be entitled.

By:   */s/ Jonathan R. Peirce*
     Jonathan R. Peirce
     SBN 24088836
     SHEEHY, WARE, PAPPAS & GRUBBS, P.C.
     JPeirce@sheehyware.com
     2500 Two Houston Center
     909 Fannin
     Houston, Texas 77010
     713-951-1000
     713-951-1199 – Facsimile

**ATTORNEYS FOR THE DEFENDANT SPINNAKER INSURANCE COMPANY**

**and**

By:  */s/ David R. Sanders* *
     David R. Sanders, Attorney-in-Charge
     Texas Bar No. 24093102
     zach@mma-pllc.com
     Derek L. Fadner
     Texas Bar No. 24100081
     derek@mma-pllc.com
     MCCLENNY MOSELEY & ASSOCIATES, PLLC
     1415 Louisiana Street, Suite 2900
     Houston, Texas 77002
     (713) 334-6121 Telephone
     (713) 322-5953 Facsimile

**ATTORNEYS FOR PLAINTIFF CHARLES T. JOHNSON**

***Signed by permission**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the 3rd day of April 2023 to the following counsel of record:

*Via E-service:*
David R. Sanders
Derek L. Fadner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
T: 832-410-1180
F: 713-322-5953
Email: *dsanders@mma-pllc.com*
*derek@mma-pllc.com*

                                              */s/ Jonathan R. Peirce*
                                              Jonathan R. Peirce

6542468