IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHARLES T. JOHNSON, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 1:22-CV-00422 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| SPINNAKER INSURANCE COMPANY, § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Agreed Order of Dismissal with Prejudice. [Dkt. 20]. The Parties have advised that they have settled all issues and claims between them and are seeking a dismissal with prejudice of the above-styled case.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are denied.

**SIGNED this 10th day of April, 2023.**

_____
Michael J. Truncale
United States District Judge